United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 16, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41164
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

versus

MIGUEL ENRIQUE REYNA

Defendant-Appellant

- - - - -
Appeal from the United States District Court for the
Southern District of Texas
- - - - -

(Opinion May 16, 2003, 5 Cir., 2003, _____F.3d_____)

BEFORE: KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
BENAVIDES, STEWART, DENNIS, CLEMENT and PRADO, Circuit
Judges.

BY THE COURT:

A majority of judges in active service having

determined, on the Court's own motion, to rehear this case en

banc,

IT IS ORDERED that this cause shall be reheard by the

Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of

supplemental briefs.